■ Louise Wolbert, Appellant, v. George A. Wolbert, Respondent.— In a separation action, the plaintiff wife appeals from an order of the Supreme Court, Queens County, dated November 27, 1961, which denied her motion for sequestration of pension payments due to defendant husband from the Police Pension Fund of the City of New York, and for other relief. Appeal dismissed, without costs, and without prejudice to a new application by plaintiff at Special Term, if she be so advised, for the relief sought herein (see *Wolbert v. Wolbert*, 15 A D 2d 930). Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

## (March 14, 1962)

■ ' In the Matter of Rugby Excavators, Inc. Stephen O'Rourke, Respondent; Rugby Excavators, Inc., et al., Appellants.— Motion by appellants to stay operation of order appointing a temporary receiver and to stay the receiver and the petitioner (respondent) from proceeding thereunder, pending appeal therefrom. Motion denied on condition that appellants and respondent be ready to proceed with the argument of the appeal on March 26, 1962; appeal ordered on the calendar for said day. The appeal will be heard on the typewritten briefs of the appellants and respondent. Such briefs shall contain a copy of the opinion, if any, rendered by the Special Term. Each party shall file six copies and serve one copy of his typewritten brief. The record and appellants' brief must be served and filed on or before March 22, 1962. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ Ben Perlen et al., Copartners Doing Business under the Name of Nelrep Company, Respondents, v. Nathan Wishnoff, Appellant, et al., Defendants.— Motion by appellant for reargument denied, with $10 costs. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ Jean Laboulais, Respondent, v. Robert Cohade, Defendant, and Diana Cohade, Appellant.— Motion by appellant for a stay, pending appeal, granted on condition that appellant perfect the appeal and be ready to argue or submit it at the May Term, beginning April 23, 1962; appeal ordered on the calendar for said term. Motion by appellant to abridge the record on appeal, denied. Motion by appellant to dispense with printing her brief, granted. The appeal will be heard on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of her typewritten brief and to serve one copy upon respondent on or before April 9, 1962. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ Stahl Soap Corp., Respondent, v. City of New York et al., Appellants.—Motions by appellants for a stay, pending appeal, granted, on condition that appellants perfect the appeals and be ready to argue or submit them at the May Term, beginning April 23, 1962; appeals ordered on the calendar for said term. The records and appellants' briefs must be served and filed on or before April 9, 1962. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.